## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **CHARLES R. COOK,** | : | |
| | : | **Case No. 2:09-cv-799** |
| **Plaintiff,** | : | |
| | : | **Judge Algenon L. Marbley** |
| **v.** | : | |
| | : | **Magistrate Judge Norah McCann King** |
| **EXPERIAN INFORMATION** | : | |
| **SOLUTIONS, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

### AGREED ENTRY OF DISMISSAL WITH PREJUDICE
### OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, Charles Cook, hereby dismisses with prejudice all of his claims against

defendant, Experian Information Solutions, Inc., in the above-captioned matter as having been

settled on terms agreed to by the parties.

**IT IS SO ORDERED.**

Algenon L. Marbley, U.S. District Judge

/s/Steven C. Shane
Steven C. Shane (0041124)
*Trial Attorney*
shanelaw@fuse.net
P.O. Box 73067
Bellevue, Kentucky 41073
Telephone:  859-431-7800
Facsimile:  859-431-3100

James W. Sandy (0084246)
jsandy@oslsa.com
Southeastern Ohio Legal Services
332 West High Avenue
New Philadelphia, Ohio 45701
Telephone:  330-339-3998
Facsimile:  330-339-6672

*Attorneys for Plaintiff Cook*

/s/ Amber L. Merl
Amber L. Merl (0080655)
*Trial Attorney*
almerl@jonesday.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215-2673
Telephone:  614-281-3939
Facsimile:  614-461-4198

*Attorney for Defendant Experian Information
Solutions, Inc.*